**Order entered June 15, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00361-CV

### IN THE INTEREST OF N.E., A CHILD

**On Appeal from the 256th Judicial District Court
Dallas County, Texas
Trial Court Cause No. DF-12-13599-Z**

## ORDER

We **GRANT** appellant Mother's June 11, 2015 second motion for additional time to file brief to the extent we **ORDER** the **brief be filed no later than June 19, 2015**. Because this appeal is from an order terminating the parent-child relationship and is accelerated, **no further extensions will be granted**.

/s/     ELIZABETH LANG-MIERS
          JUSTICE